USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/11/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEVGINAR KERIM,

                Plaintiff,

      -v-

CANADIAN CONSULATE GENERAL OF
NEW YORK CITY,

                Defendant.

**ORDER**

24-CV-9178 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On August 8, Plaintiff, who is proceeding pro se, mailed a letter to the Court concerning service of Defendant, a foreign state. ECF No. 11. In this letter, she sought 90 days to effect service under the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1608. She also requested that the Court "allow the Clerk's office to handle the mailing."

The Court will grant the requested 90 days to effect service. Failure to meet this deadline could result a recommendation that this case should be dismissed for failure to prosecute.

In order for the Clerk of Court to effect service under the FSIA, Plaintiff must provide the Clerk with "a copy of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state," which the Clerk of Court will then mail. *See Republic of Sudan v. Harrison*, 587 U.S. 1, 4 (2019).

1

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: August 11, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge