```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEVGINAR KERIM,

                Plaintiff,

      -v-

CANADIAN CONSULATE GENERAL OF NEW YORK CITY,

                Defendant.

**ORDER**

24-CV-9178 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 17, 2025, Plaintiff, who is proceeding *pro se*, submitted a letter motion (the "Letter Motion") to the Court concerning service of Defendant, a foreign state. ECF No. 14. Plaintiff's Letter Motion at ECF No. 14 is **GRANTED IN PART** and **DENIED IN PART**.

Plaintiff's request that the Summons be reissued is **GRANTED**. The Clerk of Court is respectfully directed to reissue the Summons for the Defendant, Canadian Consulate General of New York City.

Plaintiff is directed to refer to the Court's August 11, 2025 Order, ECF No. 13, regarding service by the Clerk of Court.

Plaintiff's request that the Court confirm the address for service on Defendant or whether translation is required is **DENIED** as the Court cannot provide Plaintiff with legal advice. Plaintiff is advised that there is a Pro Se Law Clinic available to assist self-represented parties in civil cases. The Clinic may be

1

able to provide a *pro se* party with advice in connection with their case.  The *Pro Se* Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the *Pro Se* Intake Unit).  Litigants in need of legal assistance should complete the City Bar Justice Center's intake form available at: https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/ to make an appointment.  If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org).  In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday, 10:00 a.m. to 4:00 p.m.  Appointments are also available remotely Monday through Friday, 10:00 a.m. to 4:00 p.m.

Finally, Plaintiff is reminded that her deadline to complete service is **November 10, 2025**.  If Plaintiff fails to file proof of service by that date, the undersigned may recommend dismissal of the case for failure to prosecute.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: September 22, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge