UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2025
```

SEVGINAR KERIM,

           Plaintiff,

-v-

CANADIAN CONSULATE GENERAL OF NEW YORK CITY,

           Defendant.

**ORDER**

24-CV-9178 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On November 20, 2025, Plaintiff, who is proceeding *pro se*, submitted a letter to the Court regarding service of the Defendant, a foreign state. ECF No. 24. The request is **GRANTED**. The Clerk of Court is respectfully directed to issue a summons for Defendant, Government of Canada (His Majesty the King in Right of Canada), acting through its Consulate General in New York, United States of America, c/o The Honourable Mélanie Joly, using the address provided in Plaintiff's Request for Issuance of Summons at ECF No. 25. Plaintiff is directed to refer to the Court's August 11, 2025 Order, ECF No. 13, regarding service by the Clerk of Court.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: November 25, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge