UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEVGINAR KERIM,

                Plaintiff,

       -v-

CANADIAN CONSULATE GENERAL OF
NEW YORK CITY,

                Defendant.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12/2/2025

**ORDER**

24-CV-9178 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    In light of the December 1, 2025 issuance of the summons for Defendant Government of Canada (His Majesty the King in Right of Canada), ECF No. 27, the Court extends the deadline for Plaintiff to effectuate service to **March 2, 2026.**

**SO ORDERED.**

Dated: December 2, 2025
       New York, New York

Henry J. Ricardo
United States Magistrate Judge