UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEVGINAR KERIM,
        Plaintiff,

-v-                                                Case No. 24-CV-9178 (MMG) (HJR)

GOVERNMENT OF CANADA (HIS MAJESTY
THE KING IN RIGHT OF CANADA), ACTING
THROUGH ITS CONSULATE GENERAL IN
NEW YORK, UNITED STATES OF AMERICA,
        Defendant.

---

## LETTER REGARDING COMPLETION OF SERVICE
## UNDER 28 U.S.C. § 1608(a)(3)

      Plaintiff Sevginar Kerim, proceeding *pro se*, respectfully submits this letter to inform the Court that service upon Defendant, Government of Canada (His Majesty the King in Right of Canada), acting through its Consulate General in New York, United States of America, under 28 U.S.C. § 1608(a)(3) has been completed.

      Pursuant to the Court's Order dated December 2, 2025 (ECF No. 28), service was required to be completed by **March 2, 2026**. As reflected in the Clerk's Certificate of Mailing (ECF No. 29), the Clerk of Court transmitted the service packet via USPS international registered mail, Tracking No. RE295968954US, to the Minister of Foreign Affairs of Canada on December 4, 2025.

      According to USPS tracking records for Tracking No. RE295968954US—the same tracking number identified in the Clerk's Certificate of Mailing (ECF No. 29)—the service packet was delivered in Canada on **January 12, 2026 at 8:03 a.m.** A copy of the USPS delivery confirmation is attached hereto.

1

Plaintiff submits this letter to ensure the record reflects timely compliance with the Court's service deadline.

                              Respectfully submitted,

                              */s/ Sevginar Kerim*

                              Sevginar Kerim, Pro Se
                              390 Ocean Parkway, Apt. 1C
                              Brooklyn, NY 11218
                              Tel: (917) 715-7093
                              Email: mk2015@hotmail.com
                              Date: 02/12/2026

# USPS Tracking®

Tracking FAQs

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages
Learn More

Remove
Tracking Number:
RE295968954US
Copy Add to Informed Delivery

**Latest Update**
Your item was delivered in CANADA at 8:03 am on January 12, 2026.

**Delivered**
Delivered
CANADA
January 12, 2026, 8:03 am

Arrived at Facility
CANADA
January 10, 2026, 1:33 pm

Arrived at Facility
CANADA
January 9, 2026, 5:00 pm

Customs Clearance
CANADA
January 6, 2026, 2:18 pm

Processed Through Facility
CANADA
January 6, 2026, 2:18 pm

Processed Through USPS Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER
December 20, 2025, 1:19 pm

Arrived at USPS Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER
December 20, 2025, 1:16 pm

Arrived at USPS Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER, UNITED STATES
December 20, 2025, 1:16 pm

Processing at USPS Facility
NEW YORK, NY 10199
December 19, 2025, 2:32 am

Processing at USPS Facility

NEW YORK, NY 10199
December 19, 2025, 1:12 am
In Transit to Next Facility
December 8, 2025
Departed Post Office
NEW YORK, NY 10013
December 4, 2025, 8:14 pm
USPS in possession of item
NEW YORK, NY 10013
December 4, 2025, 2:28 pm
Hide Tracking History
**What Do USPS Tracking Statuses Mean?**