UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2026
```

SEVGINAR KERIM,

                    Plaintiff,

          -v-

CANADIAN CONSULATE GENERAL OF
NEW YORK CITY,

                    Defendant.

**ORDER**

24-CV-9178 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter regarding completion of service, ECF No. 30 (the "Letter"), in which Plaintiff asserts that Defendant was served on January 12, 2026. The Letter appears to demonstrate service in compliance with the Foreign Sovereign Immunities Act. Based on the assumption that proper service has been effectuated, pursuant to 28 U.S.C. § 1608(d) Defendant must file a response by **March 13, 2026.**

Plaintiff is directed to mail a copy of this order to Defendant. The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: February 18, 2026
          New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge