UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2026
```

SEVGINAR KERIM,

              Plaintiff,

    -v-

GOVERNMENT OF CANADA,

              Defendant.

**ORDER**

24-CV-9178 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Pursuant to the Court's February 18, 2026 order, ECF No. 31, Defendant was directed to respond to the complaint by March 13, 2026. So far as the docket reflects, Defendant has not filed a response. The Court *sua sponte* extends the deadline for Defendant to file a response to **March 30, 2026.**

    Plaintiff is directed to mail a copy of this order to the address for service of the Canadian Government and to file proof of mailing by **March 30, 2026**.

**SO ORDERED.**

Dated: March 16, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge